# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF ENERGY,** an agency of the United States of America,<br><br>    Defendant. | **NOTICE OF INTERESTED PARTIES**<br><br><br><br>Civil Action No.: 2:20-cv-00382-JAW |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Sierra Club states that it has no parent companies and there are no publicly held companies that have a 10 percent or greater ownership interest in Sierra Club.

DATED this 20th day of October, 2020.

Respectfully submitted,

/s/ Kevin Cassidy

Kevin Cassidy, MA Bar # 681301
(*pro hac vice*)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
Tel: 781-659-1696
Email: cassidy@lclark.edu

Susan Ely, Maine Bar # 005087
Natural Resources Council of Maine
3 Wade Street
Augusta, ME 04330
Tel: 207-430-0175

Email: sely@nrcm.org

*Plaintiff's Attorneys*