IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB**, <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF ENERGY**, <br><br> *Defendant.* | Case No. 2:20-cv-000382-LEW |

# FIRST JOINT STATUS REPORT

Pursuant to the Court's Order dated February 26, 2021 (ECF No. 23), Plaintiff Sierra Club ("Plaintiff" or "Sierra Club") and Defendant U.S. Department of Energy ("Defendant" or "DOE," and together with Plaintiff, the "Parties") hereby submit the First Joint Status Report in the above-captioned matter:

1. On February 26, 2021, the Court entered an Order (ECF No. 23) granting the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22). In part, the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22) set forth that Defendant would review Plaintiff's three FOIA requests in reverse chronologic order, beginning with the February 2021 Request; that the first production date for records responsive to the February 2021 Request would be on or before April 15, 2021, with all subsequent productions due on or before the 15th day of each month; and that Defendant would produce a minimum of 350 responsive pages per month on a rolling basis until production for all three FOIA requests has been completed.

2. Since February 26, 2021, Defendant has continued to review and produce

responsive records on a rolling basis as follows:

    a. March 19, 2021 – Defendant produced a third partial response to Sierra Club's July 2020 FOIA request, which consisted of 276 pages.

    b. April 15, 2021 – Defendant produced a first partial response to Sierra Club's February 2021 FOIA Request, which consisted of 351 pages.

    c. May 14, 2021 – Defendant produced a second partial response to Sierra Club's February 2021 FOIA Request, which consisted of 360 pages.

DATED: June 1, 2021                      Respectfully submitted:

                                              SIERRA CLUB

                                              */s/ Susan Ely (with permission)*
                                              Susan J. Ely
                                              Natural Resource Council of Maine
                                              3 Wade Street
                                              Augusta, ME 04330
                                              (207) 430-0175
                                              sely@nrcm.org

                                              */s/ Kevin Cassidy (with permission)*
                                              Kevin Cassidy
                                              (pro hac vice)
                                              Earthrise Law Center
                                              P.O. Box 445
                                              Norwell, MA 02061
                                              (781) 659-1696
                                              cassidy@lclark.edu

                                              *Attorneys for Plaintiff*

        DONALD E. CLARK
        Acting United States Attorney

        */s/ James Concannon*
        James D. Concannon
        Assistant United State Attorney
        U.S. Attorney's Office
        100 Middle Street Plaza, East Tower
        Portland, ME 04101
        (207) 771-3246
        James.Concannon@usdoj.gov

        */s/ Katelyn Saner*
        Katelyn E. Saner
        Assistant United State Attorney
        U.S. Attorney's Office
        100 Middle Street Plaza, East Tower
        Portland, ME 04101
        (207) 771-3246
        Katelyn.Saner@usdoj.gov

        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2021, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to the following:

*/s/ Katelyn Saner*<br>Katelyn E. Saner

Susan J. Ely
Natural Resource Council of Maine
3 Wade Street
Augusta, ME 04330
sely@nrcm.org

Kevin Cassidy
Earthrise Law Center of Lewis & Clark School
P.O. Box 445
Norwell, MA 02061
cassidy@lclark.edu

James D. Concannon
Assistant United State Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
James.Concannon@usdoj.gov