IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF ENERGY**,<br><br>*Defendant.* | Case No. 2:20-cv-000382-LEW |

## SECOND JOINT STATUS REPORT

Pursuant to the Court's Order dated February 26, 2021 (ECF No. 23), Plaintiff Sierra Club ("Plaintiff" or "Sierra Club") and Defendant U.S. Department of Energy ("Defendant" or "DOE," and together with Plaintiff, the "Parties") hereby submit the Second Joint Status Report in the above-captioned matter:

1.  On February 26, 2021, the Court entered an Order (ECF No. 23) granting the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22). In part, the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22) set forth that Defendant would review Plaintiff's three FOIA requests in reverse chronologic order, beginning with the February 2021 Request; that the first production date for records responsive to the February 2021 Request would be on or before April 15, 2021, with all subsequent productions due on or before the 15th day of each month; and that Defendant would produce a minimum of 350 responsive pages per month on a rolling basis until production for all three FOIA requests has been completed. The Parties submitted the First Joint Status Report on June 1, 2021 (ECF No. 24.)

2. Since June 1, 2021, Defendant has continued to review and produce responsive records on a rolling basis as follows:

   a. June 15, 2021 - Defendant produced a third partial response to Sierra Club's February 2021 FOIA Request, which consisted of 373 pages.

   b. July 15, 2021 – Defendant produced a fourth partial response to Sierra Club's February 2021 FOIA Request, which consisted of 414 pages.

   c. August 13, 2021 – Defendant produced a fifth partial response to Sierra Club's February 2021 FOIA Request, which consisted of 365 pages.

DATED: September 1, 2021                Respectfully submitted:

                                        SIERRA CLUB


                                        */s/ Catherine Johnson (with permission)*
                                        Catherine Barton Johnson
                                        P.O. Box. 551
                                        Alana, ME 04535
                                        (207) 586-5706
                                        cjohnson@tidewater.net


                                        */s/ Kevin Cassidy (with permission)*
                                        Kevin Cassidy
                                        (pro hac vice)
                                        Earthrise Law Center
                                        P.O. Box 445
                                        Norwell, MA 02061
                                        (781) 659-1696
                                        cassidy@lclark.edu

                                        *Attorneys for Plaintiff*


                                        DONALD E. CLARK
                                        Acting United States Attorney

/s/ *James Concannon*
James D. Concannon
Assistant United State Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 771-3246
James.Concannon@usdoj.gov

/s/ *Katelyn Saner*
Katelyn E. Saner
Assistant United State Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 771-3246
Katelyn.Saner@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 1, 2021, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to the following:

*/s/ Katelyn Saner*<br>Katelyn E. Saner

Catherine Barton Johnson
P.O. Box. 551
Alana, ME 04535
(207) 586-5706
cjohnson@tidewater.net

Kevin Cassidy
Earthrise Law Center of Lewis & Clark School
P.O. Box 445
Norwell, MA 02061
cassidy@lclark.edu

James D. Concannon
Assistant United State Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
James.Concannon@usdoj.gov