IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB**,<br><br>                Plaintiff,<br><br>     v.<br><br>**U.S. DEPARTMENT OF ENERGY**,<br><br>                Defendant. | Case No. 2:20-cv-000382-LEW |

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 26, 2021 (ECF No. 23), Plaintiff Sierra Club ("Plaintiff" or "Sierra Club") and Defendant U.S. Department of Energy ("Defendant" or "DOE," and together with Plaintiff, the "Parties") hereby submit the Third Joint Status Report in the above-captioned matter:

     1.     On February 26, 2021, the Court entered an Order (ECF No. 23) granting the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22).  In part, the Parties' Stipulation and Joint Motion for Entry of Agreed Order Setting Production Schedule (ECF No. 22) set forth that Defendant would review Plaintiff's three FOIA requests in reverse chronologic order, beginning with the February 2021 Request; that the first production date for records responsive to the February 2021 Request would be on or before April 15, 2021, with all subsequent productions due on or before the 15th day of each month; and that Defendant would produce a minimum of 350 responsive pages per month on a rolling basis until production for all three FOIA requests has been completed.  The Parties

submitted the First Joint Status Report on June 1, 2021 (ECF No. 24). The Parties submitted the Second Joint Status Report on September 1, 2021 (ECF No. 28).

  2. Since September 1, 2021, Defendant has continued to review and produce responsive records on a rolling basis as follows:

   a. September 15, 2021 - Defendant produced a sixth partial response to Sierra Club's February 2021 FOIA Request, which consisted of 352 pages.

   b. October 15, 2021 – Defendant produced a seventh partial response to Sierra Club's February 2021 FOIA Request, which consisted of 358 pages.

   c. November 15, 2021 – Defendant produced an eighth partial response to Sierra Club's February 2021 FOIA Request, which consisted of 366 pages.

DATED: November 18, 2021   Respectfully submitted:

SIERRA CLUB

*/s/ Catherine Barton Johnson (with permission)*
Catherine Barton Johnson
P.O. Box. 551
Alana, ME 04535
(207) 586-5706
cjohnson@tidewater.net

*/s/ Kevin Cassidy (with permission)*
Kevin Cassidy
(pro hac vice)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Attorneys for Plaintiff*

2


DARCIE N. MCELWEE
United States Attorney

*/s/ Katelyn E. Saner*
Katelyn E. Saner
Assistant United State Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 771-3246
Katelyn.Saner@usdoj.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2021, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to the following:

Catherine Barton Johnson
P.O. Box. 551
Alana, ME 04535
(207) 586-5706
cjohnson@tidewater.net

Kevin Cassidy
Earthrise Law Center of Lewis & Clark School
P.O. Box 445
Norwell, MA 02061
cassidy@lclark.edu

                    DARCIE N. MCELWEE
                    United States Attorney

                    */s/ Katelyn E. Saner*
                    Katelyn E. Saner
                    Assistant United State Attorney
                    U.S. Attorney's Office
                    100 Middle Street Plaza, East Tower
                    Portland, ME 04101
                    (207) 771-3246
                    Katelyn.Saner@usdoj.gov